*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-97-2          *Resuelto:* 16 de mayo de 1997

## RESOLUCIÓN

El 25 de marzo de 1997 el Comité de Educación Jurídica Continua le entregó a este Tribunal el "Informe Final y Reglamento sobre Educación Jurídica Continua" para la clase togada puertorriqueña. Este comité estuvo integrado por:

Lcdo. Efraín González Tejera, Presidente
Hon. Liana Fiol Matta
Lcdo. Antonio García Padilla
Lcdo. Carlos Ramos González
Lcdo. José I. Irizarry Yordán
Lcdo. Harry Anduze Montaño
Lcda. Anabelle Rodríguez Rodríguez
Lcdo. José R. González Irizarry
Lcdo. Antonio Moreda Toledo
Lcdo. José A. Cuevas Segarra
Lcdo. Ángel R. Marrero Febus
Lcdo. Manuel Fermín Arraiza Reyes

El Tribunal Supremo reconoce la excelente labor realizada por el Comité y agradece su dedicación y aportación al mejoramiento de la profesión jurídica en Puerto Rico.

*Regístrese y publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*